William **COOPER,** Appellant,

v.

Dick D. **MOORE, et al., Respondents.**

No. WD 44259.

Missouri Court of Appeals,
Western District.

June 18, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 30, 1991.

Application to Transfer Denied
Sept. 10, 1991.

William Cooper, Moberly, pro se.

William L. Webster, Atty. Gen., Michael E. Pritchett, Asst. Atty. Gen., Jefferson City, for respondents.

Before NUGENT, C.J., KENNEDY and GAITAN, JJ., and WASSERSTROM, Senior Judge.

## ORDER

PER CURIAM.

Appeal from dismissal of action for money damages.

Judgment affirmed. Rule 84.16(b).